RECEIVED
IN LAKE CHARLES, LA.

SEP 27 2016

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| PAUL B. STEPHAN<br>D.O.P. #316085 | * CIVIL ACTION NO. 2:15-CV-02458<br>*<br>* |
| v. | * JUDGE MINALDI<br>* |
| KEITH COOLEY | *<br>* MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 18) of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, consideration of Petitioner's Objections (Rec. Doc. 23), consideration of respondent's response (Rec. Doc. 24) and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the petitioner's application for a writ of *habeas corpus* (Rec. Doc. 1) be and hereby is **DENIED** and **DISMISSED WITH PREJUDICE**.

Lake Charles, Louisiana, this 24 day of Sept _____, 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE