

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| PAUL B. STEPHEN #316085 | * | CIVIL ACTION NO. 2:15 -CV-02458 |
| | * | SECTION P |
| v. | * | |
| | * | |
| BURL CAIN | * | JUDGE MINALDI |
| | * | |
| | * | |
| | * | MAGISTRATE JUDGE KAY |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Before the court is the petitioner's application for a Certificate of Appealability (Rec. Doc. 28) to appeal the Judgment Adopting the Magistrate Judge's Report and Recommendation (Rec. Doc. 18). The court does not find "that reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented [are] adequate to deserve encouragement to proceed further." *Miller–El v. Cockrell*, 537 U.S. 322, 336 (2003) (internal quotations and citation omitted). Accordingly,

**IT IS ORDERED** that the Certificate of Appealability is **DENIED** under 28 U.S.C. § 2253 because the petitioner has not made "a substantial showing of the denial of a constitutional right."

Lake Charles, Louisiana, this 26 day of _Oct_____, 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE